UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| DIAMOND SERVICES CORP | CIVIL ACTION NO. 20-cv-101 |
| VERSUS | JUDGE JUNEAU |
| COBBS ALLEN & HALL OF LOUISIANA INC | MAGISTRATE JUDGE WHITEHURST |

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion to Remand [Doc. 12] filed by the plaintiff, Diamond Services Corporation ("Diamond"), is GRANTED, and this matter is remanded to the Sixteenth Judicial District Court for the Parish of St. Mary, State of Louisiana.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 30th day of September, 2020.

MICHAEL J. JUNEAU
UNITED STATES DISTRICT JUDGE